UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

THERESA DEBO,

       Plaintiff,

 -against-              Civil Action No.
                      9:05-CV-0573 (LEK/DEP)

DR. THOMPSON, NURSE JULIE "DOE,"
and OSWEGO COUNTY,

                            Defendant.

**<u>DECISION AND ORDER</u>**

  This matter comes before the Court following a Report-Recommendation filed on July 10, 2007, by the Honorable David Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 26).

  Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Peebles' Report-Recommendation.  Furthermore, after examining the record, the Court

1

has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 26) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion to dismiss Plaintiff's Complaint (Dkt. No. 24) is **DENIED**; and it is further

**ORDERED,** that this action is referred to US Magistrate Judge David E. Peebles to reset pretrial deadlines, if necessary; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     September 06, 2007
               Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge